

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

March 2, 2020

<u>By ECF</u>

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *Martinez v. United States*, 19 Civ. 11320 (CS)

Dear Judge Seibel:

      This Office represents the United States of America (the "Government") in the above-captioned Federal Tort Claims Act action. The Government respectfully requests to adjourn the initial conference currently scheduled for March 17, 2020, at 4:15 p.m. The Government makes this request because I have a previously scheduled vacation on that date. This is the Government's first request for an adjournment of the initial conference. Plaintiff, through his counsel, consents to this request. The parties are available on March 24, March 25, March 26, March 27, or any date thereafter that is convenient for the Court.

      We thank the Court for its consideration of this request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By:  */s/ Danielle J. Levine*
      DANIELLE J. LEVINE
      Assistant United States Attorney
      Telephone: 212-637-2689
      E-mail:   danielle.levine@usdoj.gov

*Application granted. Conference adjourned to 3/26/20 at 11:15 a.m.*

SO ORDERED.

*[signature]*   03/02/2020
CATHY SEIBEL, U.S.D.J.

cc:    Counsel of Record